# CR 90-113 R

CRIMINAL DOCKET · U.S. District Court (LAST, FIRST, MIDDLE) — KINGSTON, LEO E. JR

| | | | | | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|
| PO ☐ | 1087 5 | 8513 | ☐ JUVENILE | | 06 05 90 | 90-00113 | 01 |
| Misd. ☐ | District | Disp./Sentence 8513 | ☐ ALIAS | | No. of Def's ▶ 02 | U.S. MAG. CASE NO. ▶ | |
| Felony XX | | Off Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 18:371 | Consp to defraud the U.S. Ct 1 | 1 | |
| 18:1001 | Make false stmts to HUD Cts 2-6 | 5 | |
| 18:1341 & 2 | Mail fraud; aiding & abetting Cts 7-14 | 8 | |
| 12:1709-2 | Equity skimming; aiding & abetting Ct 15 | 1 | |

Closed 12-3-90

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE** — KEY DATE ▶ EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)** — KEY DATE 06-05-90 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE 06-08-90
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Ind1 ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE ▶ 9-10-90 APPLICABLE: ☐ Dismissal ☐ Pled guilty {After N.G. ☐ Nolo {After nolo ☒ Trial (voir dire) began ☒ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant {Issued / Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled ▶ / Date Held ▶ | | ☐ DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons {Issued / Served | | | ☐ WAIVED  ☐ NOT WAIVED  Tape Number | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | JS 2 MAILED: 06-31-90 | JS 3 MAILED: 12-31-90 |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

RULE 20 21 40 In Out

Show last names and suffix numbers of other defendants on same indictment/information:
02 - PAULETTE KINGSTON

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst.

TIMOTHY LEONARD, USA
NANCY S. JONES, AUSA

DAVID W. LEE

Defense: 1 ☒ JA. 2 ☐ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

**DFT'S ADDRESS**
3216 Winter Drive
OKC 73112
405/949-2866

**ATTY'S ADDRESS**
~~211 N. Robinson~~
~~1300 Two Leadership Square~~
~~OKC 73102~~   ~~McKENZIE, SYKORA & LEE~~
~~405/232-3722~~

818 N.W. 63rd St
Suite 100
OKC 73116
405/848-1983

SURETY

**BAIL & RELEASE**

PRE-INDICTMENT
Release Date
☐ Bail Denied   ☐ Fugitive   ☐ Pers. Rec.   ☐ PSA
AMOUNT SET $
Date Set
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Bail Not Made
Date Bond Made

POST-INDICTMENT
Release Date
☐ Bail Denied   ☐ Fugitive   ☒ Pers. Rec.   ☐ PSA
AMOUNT SET $
Date Set
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Bail Not Made
Date Bond Made

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

RAN

# CRIMINAL DOCKET U.S. District Court

**CR-90-113-R**

- PO: ☐
- Misd.: ☐
- Felony: ☒ District ☐ Off ☐ Judge/Magistr.

1087-5 8513 / Disp./Sentence 8513

☐ JUVENILE ☒ KINGSTON, PAULETTE (LAST, FIRST, MIDDLE)
☐ ALIAS
OFFENSE ON INDEX CARD

Case Filed: 06-05-90
Docket No.: 90-00113
Def.: 02
No. of Def's: 02
U.S. MAG. CASE NO.:

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | | DISM. NG |
|---|---|---|---|---|
| 18:371 | Consp to defraud the U.S. | Ct 1 | 1 | 1 |
| 18:1001 | Make false stmts to HUD | Ct 5 | 1 | 5 |
| 18:1341 & 2 | Mail fraud; aiding & abetting | Cts 7-14 | 8 | 7 thru 14 |
| 12:1709-2 & 18:2 | Equity skimming; aiding & abetting | Ct 15 | 1 | |

Closed 11-26-90

SUPERSEDING COUNTS

## II. KEY DATE

- INTERVAL ONE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint
- END ONE / BEGIN TWO — KEY DATE: 06-05-90 APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver
- KEY DATE: 06-08-90
  - a) ☒ 1st appears on pending charge/R40
  - b) ☐ Receive file R20/21
  - c) ☐ Supsdg: ☐ Indt ☐ Inf
  - d) ☐ Order New trial
  - e) ☐ Remand f) ☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE: 9-10-90 APPLICABLE
  - ☐ Dismissal
  - ☐ Pled guilty ☐ After N.G.
  - ☐ Nolo ☐ After nolo
  - ☒ Trial (voir dire) began
  - ☒ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion

## III. MAGISTRATE

- Search Warrant: Issued / Return
- Summons: Issued / Served
- Arrest Warrant Issued
- COMPLAINT ▶
- Date of Arrest
- OFFENSE (In Complaint)

INITIAL APPEARANCE DATE
PRELIMINARY EXAMINATION: Date Scheduled / Date Held
☐ REMOVAL HEARING
☐ WAIVED ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

JS 2 MAILED: 06-31-90   JS 3 MAILED: 11-30-90

Show last names and suffix numbers of other defendants on same indictment/information:
01 - LEO KINGSTON

RULE: ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
TIMOTHY LEONARD, USA
NANCY JONES, AUSA

SUSAN OTTO
David Booth, PD

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☒ PD  7 ☐ CD

DFT'S ADDRESS
~~3216 Winter Drive~~
~~OKC  73112~~
~~405/949-2866~~

6201 N.W. 28th
Oklahoma City, OK  73127

ATTY'S ADDRESS
215 Dean A. McGee
Suite 524
OKC  73102
405/231-5725

SURETY

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date:
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions:
  - ☐ 10% Dep.
  - ☐ Surety Bnd
  - ☐ Collateral
  - ☐ 3rd Prty
  - ☐ Other

**POST-INDICTMENT**
- Release Date:
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☒ Pers. Rec.
- ☐ PSA
- Conditions:
  - ☐ 10% Dep.
  - ☐ Surety Bnd
  - ☐ Collateral
  - ☐ 3rd Prty
  - ☐ Other

APPEALS FEE PAYMENTS

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

AO-255A
UNITED STATES DISTRICT COURT — MASTER DOCKET SHEET
CRIMINAL DOCKET U.S. vs

Case 5:90-cr-00113-R   Document 234   Filed 08/01/05   Page 3 of 14

01-LEO E. KINGSTON, JR.
02-PAULETTE KINGSTON

90-00113 02
Yr. | Docket No. | Def.

| DATE | (Document No.) | | PROCEEDINGS (continued) |
|---|---|---|---|

V. EXCLUDABLE DELAY (a) (b) (c) (d)

| DATE | Doc. No. | Party | Proceedings |
|---|---|---|---|
| 06-05-90 | -- | BOTH DFTS | ENTER Grand Jury rtn w/Indict; Order to file & issue warrants |
| 06-05-90 | -- | BOTH DFTS | WARRANTS issued - na |
| 06-05-90 | -- | BOTH DFTS | INDICTMENT |
| 06-08-90 | 1. | LEO | GJ ARRAIGNMENT: dft app in person w/ct apptd cnsl David Lee; fully advised; enters plea of NOT GUILTY: jury dkt wk of 07-09-90 mtns 06-15-90 resp 06-22-90; pretrial officer Cynthia Cranford; dft rel upn compliance w/cond of release order w/spec condition that any passport be surrendered to clk of ct(HOWLAND)kb |
| 06-08-90 | 2. | LEO | ENTRY OF APPEARANCE of David W. Lee as cnsl for dft |
| 06-08-90 | 3. | LEO | ORDER setting conditions of release (APPVD-HOWLAND)kb |
| 06-08-90 | 4. | PAULETTE | GJ ARRAIGNMENT: dft app in person w/ct apptd cnsl Susan Otto,AFPD;fully apprised; enters plea of NOT GUILTY jury dkt wk of 07-09-90 mtns 06-15-90 resp 06-22-90 discovery 06-13-90; pretrial officer Marcy Gray; dft ordered rel on compliance w/conditions of release order w/spec cond that any passport be surrendered to clk of ct(HOWLAND)kb |
| 06-08-90 | 5. | PAULETTE | ENTRY OF APPEARANCE of Susan Otto as cnsl for dft |
| 06-08-90 | 6. | PAULETTE | ORDER setting conditions of release (APPVD-HOWLAND)kb |
| 06-12-90 | 7 | BOTH DFTS | ORDER for Reciprocal Disc (RUSSELL) ne(das) |
| 06-12-90 | 8 | BOTH DFTS | NOTICE of Government's Intention to Utilize Evidence of Other Crimes, Wrongs or Acts Under Fed Rule of Evidence 404(b) -w/s sd(das) |
| 06-11-90 | 9. | BOTH DFTS | GOVERNMENT'S mtn for reciprocal discovery |
| 06-14-90 | 10. | PAULETTE | USM'S rtn re warrant (exec 06-08-90) |
| 06-14-90 | 11. | LEO | USM'S rtn re warrant (exec 06-08-90) |
| 06-15-90 | 12 | PAULETTE | JOINT Mtn for Continuance of Trial & for Enlargement of the Briefing Sch -w/s kk(das) |
| 06-15-90 | 13 | PAULETTE | BRIEF in Supp of Joint Mtn for Continuance of Trial & for Enlargement of the Briefing Sch by dft -w/s kk(das) |
| 06-15-90 | 14 | PAULETTE | MOTION for Severance of Dfts by dft -w/s kk(das) |
| 06-15-90 | 15 | PAULETTE | BRIEF IN Supp of Mtn for Severance of Dfts by dft -w/s kk(das) |
| 06-21-90 | 16 | BOTH DFTS | ORDER OF CONTINUANCE: trial is stricken fm July '90 trial calendar; trial is reset for 09-10-90 at 9:30 am; PT mtn & notices shall be filed on or before 07-20-90; resp to those mtns on or before 08-10-90; contested issues raised by those mtns, heard 08-24-90 at 9:30 am: (CONT) |

Interval | Start Date | Ltr | Total

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|---|
| | 16 | (CONT) | voir dire & trial brfs on or before 09-04-90 (strike one); dfts shall file waivers of rights to speedy trial w/in (10) days of this ord (RUSSELL) ne(Das) | |
| 06-29-90 | 17. | LEO | WAIVER OF RIGHT TO SPEEDY TRIAL, BY DFT | |
| 07-19-90 | 18 | BOTH DFTS | MEMORANDUM to issue (1) subp duces tecum eh(Das) | |
| 07-20-90 | 19 | LEO | MOTION & Brf for Disclosure of GJ Testimony by dft kk(das)-w/s | |
| 07-20-90 | 20 | LEO | DEFENDANT Kingston's Mtn & Brf to Dism Indict Based on Violation of Prohibition Against Disclosure of Atty-Client Privileged Communication -w/s kk(das) | |
| 07-20-90 | 21 | LEO | DEFENDANT Leo E. Kingston's Mtn for Disc & Inspection -w/s kk(das) | |
| 07-20-90 | 22 | LEO | DEFENDANT Kingston's Brf in Supp of Mtn for Disc & Inspection -w/s kk(das) | |
| 07-20-90 | 23 | LEO | DEFENDANT Leo E. Kingston's Mtn to Dism Indict on the Basis of Double Jeopardy -w/s kk(das) | |
| 07-20-90 | 24 | LEO | DEFENDANT Leo E. Kingston's Brf in Supp of Mtn to Dism Indict on the Basis of Double Jeopardy -w/s kk(das) | |
| 07-20-90 | 25 | BOTH DFTS | SUPPLEMENTAL Notice of Government's Intention to Utilize Evidence of Other Crimes, Wrongs or Acts Under Fed Rule of Evid 404(b) -w/s eab(das) | |
| 07-30-90 | 26 | PAULETTE | WAIVER of Rt to Speedy Trial by dft kk | |
| 08-03-90 | 27 | PAULETTE | RESPONSE of the USA to Dft Paulette Kingston's Mtn for Severance -w/s kb | |
| 08-03-90 | 28 | LEO | RESPONSE of USA to Dft Leo Kingston's Mtn for Disclosure of GJ Test -w/s kb | |
| 08-03-90 | 29 | LEO | RESPONSE of the USA to Dft Leo Kingston's Mtn to Dism the Indict on the Basis of Double Jeopardy -w/s kb | |
| 08-03-90 | 30 | LEO | RESPONSE of the USA to Dft Leo Kingston's Mtn for Disc & Inspection -w/s kb | |
| 08-03-90 | 31 | BOTH DFTS | MEMORANDUM to issue (6) subps in blank kb | |
| 8-03-90 | 32. | LEO | IN CAMERA response of U.S. to dft's mtn to dismiss indict for violation of atty-client privilege (SEALED-IN VAULT) | |
| 08-10-90 | 33 | BOTH DFTS | MEMORANDUM to issue (23) trial subps eh | |
| 8-21-90 | 34. | BOTH DFTS | MEMORANDUM to issue 4 trial subp & 1 subp duces tecum, by plf | |
| 08-24-90 | 35 | BOTH DFTS | HEARING on PT Mtns, Mtn for Severance of Dft Paulette Kingston: cnsl app for dft-David Booth, David Lee for plf nancy s. Jones, Arleen Joplin; oral argu hrd on numerous PT Mtns; re 404 B Mtn; plf's cnsl has agreed to provide the list of proposed wits; dft Leo Kingston req production of wit stmts bf trial under 404-B Mtn, govt will provide these; also req to hv govt provide GJ stmt & 302 test of Holly Millon - the Ct will view this IN CAMERA to be filed by dft; req for exculpatory evid is MOOT; Mtn for Dism of Indict by Leo Kingston is DENIED on grounds of double jeopardy; Ct will take issue of atty/client breach of privilege inform under advisement; Oral argu hrd on dft Paulette Kingston's Mtn for Severance of Trial; Ct DENIES mtn; dft adm exh #1 into evid for purpose of this hrh (RUSSELL) bg | |
| 08-24-90 | 36 | BOTH DFTS | IN CAMERA Submission of Wit Stmts of Holly Million by plf eab (SE | |
| 08-24-90 | 37 | PAULETTE | PAULETTE Kingston's Afficavit in Supp of Her Mtn for Severance of the Trial of the Dfts by dft -w/s bg | IN VAULT |
| 08-24-90 | 38 | BOTH DFTS | MEMORANDUM to issue (6) subp duces tecum eh | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs    01-LEO E. KINGSTON, JR.
                              02-PAULETTE KINGSTON

Case 5:90-cr-00113-R  Document 234  Filed 08/01/05  Page 5 of 14

AO 256A

90-00113
Yr. | Docket No. | Def.

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|---|
| 8-28-90 | 39. | LEO | ORDER DENYING dft's mtn to dismiss on the basis of atty client privilege as dft has shown no prej as a result of purported violation (RUSSELL) ne w/s | |
| 8-28-90 | 40. | LEO | ORDER the Ct has reviewed in camera stmt of Holly Million & testimony bf the GJ & finds stmts contain no evidence which is exculpatory in relation to dft (RUSSELL) ne w/s | |
| 8-31-90 | 41. | BOTH DFTS | MEMORANDUM to issue 2 subp duces tecum, by plf | |
| 09-04-90 | 42 | LEO | DEFENDANT'S Proposed Jury Instructions -w/s eh | |
| 09-04-90 | 43 | LEO | DEFENDANT Leo E. Kingston's Proposed Voir Dire -w/s eh | |
| 09-04-90 | 44 | LEO | MOTION & Brf in Limine of Dft Leo K. Kingston -w/s eh | |
| 09-04-90 | 45 | BOTH DFTS | GOVERNMENT'S Req Voir Dire Questions -w/s eh | |
| 09-04-90 | 46 | BOTH DFTS | GOVERNMENT'S Mtn in Limine to Preclude the Defense fm Raising During Trial the Imposition of a Limited Denial of Participation on Dft by HUD -w/s eh | |
| 09-04-90 | 47 | BOTH DFTS | MOTION: USA moves Ct for Ord req wit to testify at trial pur to provisions of Sect 6002-6003 of Title 18, USC -n/s kk | |
| 09-04-90 | 48 | BOTH DFTS | GOVERNMENT'S Trial Memo Brf -w/s kk | |
| 09-05-90 | 49 | BOTH DFTS | MEMORANDUM to issue (2) trial subps  sd | |
| 09-05-90 | 50 | BOTH DFTS | SECOND Supplemental Notice of Govmt's Intention to Utilize Evid of Other Crimes, Wrongs or Acts Pur to Fed Rule of Evid 404(b) by USA -w/s sd | |
| 09-05-90 | 51 | BOTH DFTS | PLAINTIFF'S Proposed Jury Instructions sd | |
| 09-05-90 | 52 | BOTH DFTS | ORDER: that Melvin E. Cates, Jr. give test or provide other info which he refuses to give or to provide on basis of his privilege aginst self-incrimination as to all matters about which he may be questioned at trial (RUSSELL) ne | |
| 9-06-90 | 54. | BOTH DFTS | JOINT trial stipulations | |
| 9-06-90 | 54. | LEO | GOVERNMENT'S resp to dft's mtns in limine, by plf | |
| 09-10-90 | 55 | LEO | EX PARTE Req for Issuance of Subp to Pam Newton by dft ne | |
| 09-10-90 | 56 | LEO | ORDER: dir that subp be issued to Pam Newton to be present & test at jury trial (RUSSELL) kk | |
| 09-10-90 | 57 | LEO | PRAECIPE for & issued (1) subp for Pam Newton  kk | |
| 09-10-90 | 58 | BOTH DFTS | JURY TRIAL: dft app in person w/ct apptd cnsl (Leo) David Lee & w/PD (PAULETTE) David Booth FPD; jury empaneled & admonished; Rule invoked on mtn of plf-dft; ct adjourns to 09-11-90 at 9:00am; mtns in limine all ruled on prior to jury selection (RUSSELL) ne | |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 9-11-90 | 59. BOTH DFTS | FURTHER JURY TRIAL: plf present case in chief w/test of witnesses;; plf's exhibits 5,6,10,13,21B,23,35,37,40-42, 54,55,58,62,65,66,75,82,88-90,94,97, 120,121,122,126,140,238,288,289, 319-321,333,341,352-366 adm; dft's exhibits 1-5 adm; Ct adj to 9:30 am 09-12-90(RUSSELL)ne | | | | |
| 9-12-90 | 60. BOTH DFTS | FURTHER JURY TRIAL: plf cont case w/test of wit; plf's exhibits 11,13, 15,17,18,22,36,44,46,47,63,70,72,73, 77,83-86,86A,99,101,127,128,130,144-147, 282,291,292,307,308,311-313,316,318, 322,323,327,329,368 & 370 adm; Ct adj to 9:00 am 09-13-90(RUSSELL)ne | | | | |
| 9-13-90 | 61. BOTH DFTS | FURTHER JURY TRIAL: plf's exhibits 1,2,3,3A,4,7,9,14,16,19,20,21A,24,25, 27,32,33,34,34A,38,45,48,50,59,61,64, 68,69,71,78,79,80,81,87,93,98,100, 102,103,104,113,116,117,118,119,132A, 133,137,148,149,153,154,155,170,172, 192,193-196,241A,-254A,263,269,283, 310,315,317,324,326,330,334-343,345, 346,347,349,351,369,374-375 adm; Ct adj to 9:00 am 09-14-90; dft stand on present bond(RUSSELL)ne | | | | |
| 9-13-90 | 62. BOTH DFTS | RETURN OF SERVICE on subp issued to Pam Newton,Stewart Abstract Title of Okla.Inc(exec 09-11-90) | | | | |
| 9-14-90 | 63. BOTH DFTS | FURTHER JURY TRIAL: plf's exhibits 21,142,174,175,177,178,180,181,183,184 186,187,189,190,212,216,217,241-254, 270,279 & 293 adm; Ct adj to 9:30 am 09-17-90(RUSSELL)ne | | | | |
| 9-17-90 | 64. BOTH DFTS | FURTHER JURY TRIAL: plf's exhibits 150,151,173,198,213,215,220-228,230, 264,284,285,303,304,306,325,376 & 377 admitted; dft's exhibits 11 & 13 adm; dft's mtn for Reul 29 & acquittal DENIED: Juror Michael Garrison excused prior to starting by the Court; Ct adj to 9:30 am 09-18-90(RUSSELL)ne | | | | |
| 9-18-90 | 65. BOTH DFTS | FURTHER JURY TRIAL: plf's exhibits 278,296,302 admitted; dft presents case in chief w/test of wit & rests Ct adj to 9:00 am 09-19-90(RUSSELL)ne | | | | |
| 9-19-90 | 66. BOTH DFTS | FURTHER JURY TRIAL: ptys rest; closing arguments; jury instructed; retires to deliberate; Ct adj to 9:00 am 09-20-90 to continue deliberations (RUSSELL)ne | | | | |
| 9-20-90 | 67. BOTH DFTS | FURTHER JURY TRIAL: jury deliberates fm 9:00 am to 4:30 pm; excused until 09-21-90 9:00 am(RUSSELL)ne | | | | |

UNITED STATES DISTRICT COURT  
CRIMINAL DOCKET   U.S. vs  01-LEO E. KINGSTON, JR.  
02-PAULETTE KINGSTON  

Case 5:90-cr-00113-R   Document 234   Filed 08/01/05   Page 7 of 14

90-00113 02   3

AO 256A   Yr. | Docket No. | Def.

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 9-21-90 | 68. BOTH DFTS | FURTHER JURY TRIAL: jury rtns w/verdict guilty on cts 1-15 for Leo; guilty on ct 15 for Paulette; not guilty on cts 1,5,7-14 for Paulette; case ref to prob off; dfts stand on present bond awaiting sentencing(RUSSRELL)ne | | | | |
| 9-21-90 | 69. BOTH DFTS | GOVERTMENT'S witness list | | | | |
| 9-21-90 | 70. BOTH DFTS | COURT'S exhibits(notes to & fm jury) | | | | |
| 9-21-90 | 71. BOTH DFTS | STATEMENT regarding counsel /s/Paulette Kingston | | | | |
| 9-21-90 | 72. BOTH DFTS | JURY INSTRUCTIONS(RUSSELL)ne | | | | |
| 9-21-90 | 73. LEO | VERDICT FORM-Defendant Leo E. Kingston Jr. GUILTY with respect to Counts 1,2,3,4,5,6,7,8,9,10,11,12,13,14 & 15 k/s/ David G. Harwell, Foreman | | | | |
| 9-21-90 | 74. PAULETTE | VERDICT FORM--Defendant Paulette Kingston NOT GUILTY with respect to Counts 1,5,7,8,9,10,11,12,13 & 14; GUILTY with respect to Count 15 /s/ David Harvell, Foreman | | | | |
| 9-27-90 | 75. PAULETTE | MOTION for extension of time in which to file motion for new trial and for permission to interview a juror, by dft | | | | |
| 9-27-90 | 76. PAULETTE | BRIEF in support, by dft | | | | |
| 9-27-90 | 77. LEO | MOTION for extension of time in which to file a Motion for new trial and for permission to interview a juror, by dft | | | | |
| 9-27-90 | 78. LEO | BRIEF in support, by dft | | | | |
| 10-02-90 | 79 BOTH DFTS | ORDER: dfts are grtd a (2) wk ext to file mtn for new trial; ptys grntd permission to talk w/jurors about cs; prior to talking to juror he/she must be adv they are under no obligation to discuss cs (RUSSELL)ne | | | | |
| 10-03-90 | 80 BOTH DFTS | RESPONSE of the USA in Opposition to Dfts' Respective Mtns for Permission to Interview Juror -w/s sd | | | | |
| 10-16-90 | 81. PAULETTE | NOTICE of withdrawal of intention to file mtn for new trial, by dft | | | | |
| 10-18-90 | 82. LEO | NOTICE of withdrawal of intention to file motion for new trial, by dft | | | | |
| 10-24-90 | 83 BOTH DFTS | GOVERNMENT'S Mtn Pur to 18:3006A(f) to Determine Dfts' Financial Ability to Reimburse the USA for Legal Defense Costs & Brf -w/s eab | | | | |
| 11-02-90 | 84.PAULETTE | NOTICE of disclosure of presentence report | | | | |
| 11-02-90 | 85.LEO | NOTICE of disclosure of presentence report | | | | |
| 11-05-90 | 86.BOTH DFTS | ORDER in acc w/28:636 & Local Court Rule on Magistrates this matter is referred to Magistrate Argo for purpose to make ruling on plf's mtn to determine dft's financial ability to reimburse U.S. for legal defense costs(RUSSELL) | | | | |

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|---|
| 11-09-90 | -- | BOTH DFTS | SENTENCING bf Judge Russell set Mon 11-26-90 9:00 am - ne w/s | |
| 11-13-90 | 87. | LEO | MOTION for enlargement of time to respond to govt's mtn pur to 18:3006A(f), by dft | |
| 11-14-90 | 88. | PAULETTE | RESPONSE to govt's mtn pur to 18:3006(A)(f), by dft | |
| 11-14-90 | 89. | PAULETTE | SENTENCING Memorandum, by dft | |
| 11-19-90 | 90. | BOTH DFTS | ORDER GRANTING dfts an add 5 days from and after 11-13-90 w/n which to file reslponse to govt's mtn pur to 18:3006A(f)(RUSSELL)ne w/s | |
| 11-20-90 | 91 | LEO | DEFENDANT Leo E. Kingston's Resp to the Govt's Mtn to Determine Financial Ability -w/s kk | |
| 11-23-90 | 92. | BOTH DFTS | NOTICE hearing on plf's mtn re dfts' financial ability to reimburse govt set Tues 11-27-90 2:00 pm bf Magistrate Argo - jy w/s | |
| 11-26-90 | 93. | PAULETTE | SENTENCING: dft app w/ct apptd cnsl David Booth, FPD, prob rpt reviewed by cnsl & dft; dft is sent to cust BOP for 18 months on ct 15; upon expiration of sent imp herein, dft shall serve a term of supv release of 2 yrs; dft ordered to make restit in amt of $145,300.00 dft tp pay $50.00 S/A fee; dft adv of ri to appeal & to appeal in forma pauperis (RUSSELL)ne | |
| 11-26-90 | 94 | BOTH DFTS | ENTER Ord: hrg on Plf's Mtn to Determine Dft's Financial Ability to Reimburse th US for Legal Defense Costs set for Tues 11-27-90 bf Magistrate Argo is cont until Mon 12-03-90 at 11:00am (by dir of USMag. Argo) jy | |
| 11-26-90 | 95 | PAULETTE | JUDGEMENT in a Criminal Case (RUSSELL) (MICRO-NOV'90)ne | |
| 11-30-90 | 96. | LEO | SENTENCING Memorandum, by plf | |
| 12-03-90 | 97. | LEO | SENTENCING: dft app w/ct apptd cnsl David Lee; prob rpt reviewed by cnsl & dft; dft sent to CAG for 4 yrs on ct 1; 4 yrs on ct 2 to run consec to ct 1; 4 yrs on ea of cts 3-15 to run conc w/ct 2; dft to make restit in amt of $406,171.00; pay $50.00 S/A fee on ea of cts 1-15 for total of $750.00; dft adv of ri to appeal & to appeal in f.p. exec of sent stayed until 12:00 noon Mon 03-04-91 at which time dft's ct app bond will be exonerated; dft to remain on present bond until rpts to designated prison; Ct recommend conf at El Reno, OK(RUSSELL)ne | |
| 12-03-90 | 98 | BOTH DFTS | REPORT & Recommendation based upon the report Ct finds that Dfts are presently financially unable to obtain cnsl & they do not hv assets to reimburse govt for cost of their appointed cnsl; parties were advised of this recommendation in open ct & of their (CONT) | |

AO 256A
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
Case 3:90-cr-00113-R   Document 234   Filed 08/01/05   Page 9 of 14

U. S. vs   01-LEO E. KINGSTON, JR.
02-PAULETTE KINGSTON

4

| 90 | 90-00113 | 02 |
| Yr. | Docket No. | Def. |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|---|
| | (CONT) | rt to object to any of these finding & this recommendation w/in (10) days of this date (ARGO)jy | |
| 12-03-90 | 99   BOTH DFTS | PLAINTIFF'S Mtn to Determine Dfts Financial Ability to Reimburse US for Legal Defense Costs: dft Leo Kingston app in person w/ct apptd cnsl David Lee & dft Paulette Kingston app in person w/pd David Booth; plf cnsl Nancy Jones; wit for dft Paulette & Leo Kingston; cnsl app as noted; dft Pa;ulette Kingston sworn, test hrd; dft Leo Kingston sworn, test hrd; dft Leo Kingston's exh 1-3 attached; leo's cnsl allowed (3) days to get cpys of liens fm Co Ct & submit to Ct; arg hrd; Ct finds that dfts hv left out material info fm aff which should hv been used but Ct would still think dfts were entitled to Ct-apptd cnsl & re-imburse; Ct recommends to Judge Russsell that they not be required to reimburse Ct for Cts apptd cnsl; ptys advised may object w/in (10) days under Ct Rule 39(ARGO)ec | |
| 12-03-90 | 100  LEO | JUDGMENT in a Criminal Case (RUSSELL)(MICRO_DEC'90)ne | |
| 12-04-90 | 101  PAULETTE | MOTION to Reconsider Sent & for Imposition of Sent as a Non-Guidelines Case by dft -w/s  sd | |
| 12-04-90 | 102  PAULETTE | BRIEF in Supp of Mtn to reconsider Sent & for imposition of Sent as a Non-Guidelines Cs by dft -w/s  sd | |
| 12-04-90 | 103  PAULETTE | MOTION of Paulette Kingston for Enlargement of Time W/In Which to File Notice of Appeal -w/s  sd | |
| 12-04-90 | 104  PAULETTE | BRIEF in Supp of Mtn of Paulette Kingston for Enlarge of Time W/in Which to File Notice of Appeal -w/s  sd | |
| 12-5-90 | 105. PAULETTE | NOTICE of Appeal by dft Paulette Kingston fm judgent 11-26-90-w/s | |
| 12-6-90 | 106. PAULETTE | CLERK'S ltr re serv of Notice of Appeal, w/cpy ltr, notice & dkt sheet as prelim record to CCA & cnsl -sa #90-6408 6400 | |
| 12-06-90 | 107. PAULETTE | ORDER time w/n which dft's notice of appeal should be filed is hereby enlarged to a period 10 days after a ruling is entered disposing of the mtn to reconsider sentence and for imp of sent as a non guideline case(RUSSELL)ne w/s | |
| 12-06-90 | 108. PAULETTE | ORDER DENYING dft's mtn to reconsider sentence & for imp of sent as non guideline case(RUSSELL)ne w/s | |
| 12-11-90 | 109  LEO | NOTICE of Filing of Affidavits of Judgment by dft -w/s  -sd | |
| 12-13-90 | 110. LEO | MOTION & Brief to set punishment pur to 18:4205(B)(2), by dft | |
| 12-13-90 | 110. LEO | MOTION & Brief for release on bond pending appeal, by dft | |
| 12-13-90 | 121  LEO | NOTICE of Appeal by dft Leo E. Kingston fm judg ent 12-3-90-w/s | |
| 12-13-90 | 122  LEO | NOTICE of transc ord (Booth)(ECD 1-13-91) (ord: 8-24-90; 9-10 thru 9-21-90; 11-26-90) Waggoner, CSR, cc: CCA & cnsl -sa | |

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (c) | (d) |
| 12-13-90 | 113. | LEO | DESIGNATION Of Record on Appeal by appellant cnsl, Booth -sa | | | | |
| 12-14-90 | 114. | LEO | CLERK'S ltr re serv of Notice of Appeal, w/cpy ltr, notice & dkt sheet as prelim record to CCA & cnsl -sa # 90-4100 6408 | | | | |
| 12-14-90 | 115. | LEO | NOTICE of transc ord (Lee)(ECD 1-13-91)(ord: witn test, close arguments & instructions) Waggoner, CSR, cc: CCA & cnsl -sa | | | | |
| 12-21-90 | 116. | LEO | CJA24 in amt of $3,606.75 on bhf of Mary E. Waggoner(APPVD-RUSSELL)bt | | | | |
| 12-31-90 | 117. | LEO | RESPONSE of the USA to dft's mtn for release on bond pending appeal, by plf | | | | |
| 12-24-90 | 118 | LEO | DESIGNATION of record on appeal by dft's cnsl-w/s | | | | |
| 01-11-91 | 119. | LEO | ORDER dft to remain free on his present bond pending appeal as the Ct find dft is not a threat to flee and has raised issues which, if upheld, would result in reversal (RUSSELL)ne w/s | | | | |
| 01-11-91 | 120. | LEO | ORDER pur to mtn, dft's sent is amended to reflect that it is imposed pur to 18:4205(b)(2) (RUSSELL)(MICRO/JAN-91)ne | | | | |
| 03-07-91 | 121 | LEO | CJA 21 in amt of $1,000.00 on bhf of Olson & Potter Cert Pub Accountants for all proceedings (RUSSELL)jm | | | | |
| 03-07-91 | 122 | LEO | CJA 20 in amt of $14,449.82 on bhf of David W. Lee cnsl of recordf for dft for all proceedings (RUSSELL)(HOLLOWAY,JR.)jm | | | | |
| 03-20-91 | 123 | PAULETTE | CJA 24 in amt of $2,477.50 on bhf of Mary E. Waggoner C.S.R,C.M. for proceedings (hrg on mtn for severance 08-24-90, trial of 09-10-90 thru 09-21-90, sentencing 11-26-90) (RUSSELL)bt | | | | |
| 3-25-91 | 124. | BOTH DFTS | REQUEST for ext of time to file TR by Waggoner, CSR w/order grtg to 3-30-91 - hm | | | | |
| 5-7-91 | 125. | BOTH DFTS | TRANSCRIPT Of Sent Proceeds Of Mrs. Paulette Kingston, Held On 11-26-90, Waggoner, CSR -sa | | | | |
| 5-7-91 | 126. | BOTH DFTS | TRANSCRIPT Of Sent Proceeds Of Mr. Leo Kingston, Held On 12-3-90, Waggoner, CSR -sa | | | | |
| 5-7-91 | 127. | BOTH DFTS | TRANSCRIPT OfJury Trial Proceeds, Held On 9-10-90, Vol I, Waggoner, -sa | | | | |
| 5-7-91 | 128. | BOTH DFTS | TRANSCRIPT Of Jury Trial Proceeds, Held On 9-11-90, Vol II, Waggoner, CSR -sa | | | | |
| 5-7-91 | 129. | BOTH DFTS | TRANSCRIPT Of Jury Trial Proceeds Held On 9-12-90, Waggoner, CSR -sa | | | | |
| 5-7-91 | 130. | BOTH DFTS | TRANSCRIPT Of Jury Trial Proceeds, Held On 9-13-90, Vol IV, Waggoner, CSR -sa | | | | |
| 5-7-91 | 131. | BOTH DFTS | TRANSCRIPT Of Jury Trial Proceeds Held On 9-14-90, Vol V, Waggoner, CSR -sa | | | | |
| 5-7-91 | 132. | BOTH DFTS | TRANSCRIPT Of Jury Trial Proceeds, Held On 9-17-90, Vol VI, Waggoner, CSR, -sa | | | | |
| 5-7-91 | 133. | BOTH DFTS | TRANSCRIPT Of Jury Trial Proceeds, Held On 9-18-90, Vol VII, Waggoner, CSR -sa | | | | |
| 5-7-91 | 134. | BOTH DFTS | TRANSCRIPT Of Jury Trial Proceeds, Held On The 19th and 21st Days Of September, 1990, Vol VIII, Waggoner, CSR -sa | | | | |
| 5-8-91 | 135. | BOTH DFTS | CLERK'S ltr to CCA & cnsl advise transcs rec'd, 10 vols, Waggoner, CSR, -sa | | | | |

Interval (per Section II)    Start Date / End Date    Ltr. Code    Total Day

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs   01-LEO E. KINGSTON, JR
                           02-PAULETTE KINGSTON

Case 5:90-cr-00113-R   Document 234   Filed 08/01/05   Page 11 of 14

AO 256A

90-00113  02

Yr. | Docket No. | Def.

| DATE | (Document No.) | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|---|---|
| | | | | (a) | (b) | (c) | (d) |
| 05-07-91 | 136. | LEO | PRAECIPE for Writ of Execution or Fieri Facias /s/ Ronny D. Pyle, AUSA | | | | |
| 05-08-91 | 137. | LEO | CJA24 in amt of $4,487.50 on bhf of Mary E. Waggoner for transcripts (APPVD-RUSSELL)bt | | | | |
| 06-12-91 | 138. | LEO & PAULETTE | CLERK'S ltr transm record on appeal to CCA, 11 vols, w/cpy ltr & dkt sheet as index to cnsl -sa | | | | |
| 06-04-91 | | LEO | RETURN of Serv re Writ of Execution of bal of S/A fee in amt of $600.00 & rest in amt of $406,171.00 Leo Kingston exec 05-30-91 | | | | |
| 7-12-91 | 139 140 | LEO & PAULETTE | TRANSCRIPT Fm Mtn Proceeds Held On 8-24-90, Waggoner, CSR -sa | | | | |
| 7-15-91 | 141 | LEO & PAULETTE | CLERK'S ltr to CCA & cnsl advise transc rec'd, 1 vol, & record on appeal ready to transmit -sa | | | | |
| 7-24-91 | 142 | LEO & PAULETTE | CLERK'S ltr transm supplemental record on appeal to CCA, 2 vols, w/cpy ltr & dkt sheet as index to cnsl - hm | | | | |
| 7-15-91 | 143. | BOTH DFTS | CJA24 in amt of $165.00 on bhf of Mary E. Waggoner for transcript(APPVD-RUSSELL)bt | | | | |
| 7-25-91 | 144. | PAULETTE | UNOPPOSED Mtn To Supplement Record On Appeal by dft cnsl-w/s | | | | |
| 7-30-91 | 145. | PAULETTE | CLERK'S ltr transm supplemental record on appeal to CCA, 1 vol, w/cpy ltr & dkt sheet as index to cnsl (supplemental volume III)-sa | | | | |
| 7-31-91 | 146. | LEO | MOTION to withdraw /s/McKenzie,Sykora & Lee | | | | |
| 7-31-91 | 147. | LEO | ENTRY OF APPEARANCE of David W. Lee,P.C. still as cnsl for dft | | | | |
| 8-02-91 | 148. | LEO | ORDER McKenzie, Sykora & Lee(Now McKenzie & Sykora) be allowed to withdraw as cnsl for dft; all further pprs & pleadings may be served upon dft by service upon David W. Lee 818 N. W. 63rd Suite 100 OKC (RUSSELL)ne w/s | | | | |
| 11-27-91 | 149. | LEO | MOTION to supplement appeal record,w/ authority by plaintiff, GRANTED to supplement 11-25-91 (Hoecker) w/s | | | | |
| 12-6-91 | 150. | LEO | CLERK'S ltr transm Supplemental II record on appeal to CCA, 2 vols, w/cpy ltr & dkt sheet as index to cnsl -sa | | | | |
| 12-9-91 | 151. | LEO | CCA'S cpy of ltr that a minute ord has been ent as follows: 12-5-91 the court, upon its own mtn, amends its ord of 11-26-91, grtg the government's mtn to supplement the record in the captioned case, to show that the ord does not apply to trial exhibits 11, 13, 21, 44, 71, 94, 97, and 126; cpys of said trial exhs shall be subm by the government in an addendum to the government's ans brf (Carter) #90-6408 -sa | | | | |
| 04-28-92 | 152 | PAULETTE | POST-CONVICTION Filing Notification -kh | | | | |
| 04-28-92 | 153 | PAULETTE | MOTION Pur to 28:2255 to Vacate, Set Aside, or Correct Sent by a Person in Fed Cust by dft -kh  (CIV 92-766-R) | | | | |

Interval | Start Date | Ltr. | Tota

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 04-29-92 | 154 PAULETTE | ORDER: that USA shall file an answ resp to dft's 28:2255 mtn w/in (20)days fm date hereof; clk of of ct shall serve/mail cpy of this Ord on ptys (HOWLAND)kh  -w/s | | | | |
| 05-20-92 | 155 KINGSTON,P. | CCA'S cert cpy of ord & judg (affirmed)(McKay, Seth & Finesilver) #90-6400 -sa | | | | |
| 05-18-92 | 156 PAULETTE | MOTION for Ext of Time by plf-resp -w/s -eab | | | | |
| 05-18-92 | 157 PAULETTE | ORDER: plf-resp is granted an addtl (7)days or until 05-26-92 in which to resp to dft-movant's Mtn pur to 28:2255 (HOWLAND)wf-w/s | | | | |
| 05-20-92 | 158 PAULETTE | ORDER: plf-resp is granted an addtl (7)days or until 05-26-92 in which to resp to dft-movant's Mtn pur to 28:2255 (RUSSELL)ne-w/s | | | | |
| 05-26-92 | 159 PAULETTE | GOVERNMENT'S Resp to Mtn to Vacate, Set Aside or Correct Sent Pur to 28:2255 -w/s -eab | | | | |
| 05-29-92 | 160 PAULETTE | SUPPLEMENT to Govt's Resp to 2255 Mtn of Dft by plf -w/s -eab | | | | |
| 06-12-92 | 161 PAULETTE | FINDINGS & Recomendation of US Magistrate Judge ((HOWLAND)wf | | | | |
| 6-26-92 | 162 PAULETTE | Dft-Movant's Mtn to Reconsider Mag Judges Find and Supplement Dft's Mtn to Vacate Set Aside or Correct Dft's Sent Conviction and or Redetermination of the Amount of Rest and Request for Evidentiary Hrng and Court appointed Counsel and Brf eb | | | | |
| 7/28/92 | 163 KINGSTON | MEMORANDUM Opinion & Order: dfts mtn for reconsideration is denied; the Findings & Recommendation of the US Mag Judge ent on 6/12/92 as supplm are adopted; dft's mtn to supplm her mtn to vacate is grtd; dft's §2255 mtn, as supplm is denied; dft's mtn for appt of cnsl is denied (RUSSELL)(ar) | | | | |
| 8-5-92 | 164 KINGSTON, PAULETTE | NOTICE Of Appeal by dft fm ord relating to judg & sent ent 7-28-92-w/s | | | | |
| 8-5-92 | 165 KINGSTON, PAULETTE | MOTION For Lv To Proceed IFP & Supp Declaration w/ord by dft-w/s | | | | |
| 8-6-92 | 166 KINGSTON, PAULETTE | CLERK'S ltr re serv of Notice of Appeal, w/cpy ltr & notice as prelim record to CCA & cnsl -sa #92-6269 | | | | |
| 8-12-92 | 167 KINGSTON, LEO | CCA'S cert cpy of judg & opin (affirmed; more fully set out)(McKay, Seth & Finesilver) #90-6408-sa | | | | |
| 8-20-92 | 168 KINGSTON, PAULETTE | ORDER: dft Paulette Kingston is grtd lv to proceed in forma pauperis on appeal fm this Ct's 7-28-92 memo opin & ord (RUSSELL) -sa | | | | |
| 8-20-92 | 169 KINGSTON, PAULETTE | CLERK'S ltr transm record on appeal to CCA, 3 vols, w/cpy ltr & dkt sheet as index to cnsl -sa | | | | |
| 08-21-92 | 170 LEO | ORDER: dft ord to begin serving his sent on 09-25-92 at 12:00 non; dft may rpt dir to institution designated by BOP (RUSSELL)ne | | | | |
| 08-03-92 | 171 PAULETTE | ORDER: Ct recommends that Paulette Kingston participate Intensive Confinement Program at Bryan, TX in fulfillment of her sent (RUSSELL)ne | | | | |
| 10/06/92 | 172 PAULETTE | USM'S rtn of serv re J&C(dft surr on 08/24/92 to FPC Bryan at 1100 Ursuline St Bryan, TX 77801)das | | | | |
| 11/16/92 | 173 LEO | MOTION AND BRIEF to reduce sentence and for evidentiary hearing regarding such by dft w/s | | | | |
| 1-5-93 | 174 PAULETTE | CCA'S cert cpy of ord & judg (affirmed)(Logan, Moore & Brorby) #92-6269 -sa | | | | |

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** — U. S. vs   01-LEO E KINGSTON, JR
                                 02-PAULETTE KINGSTON

AO 256A

90-113   02
Yr.  |  Docket No.  | Def.

| DATE | PROCEEDINGS (continued) | | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 12/17/92 | 175 LEO | RESPONSE TO Dft's Mtn & Brf to reduce Snet & For Evid Hrg by plf -w/s -eh | | | | |
| 01/05/93 | --- BOTH DFTS | RETURNS OF SERV  re subps -kb | | | | |
| | 176 | Rich Phillips              unexec | | | | |
| | 177 | Linda Birdsong            ' | | | | |
| | 178 | Linda Birdsong            exec 09/07/90 | | | | |
| | 179 | Rich Phillips             unexec | | | | |
| | 180 | Cheryl Yarbrough MIC      exec 08/31/90 | | | | |
| | 181 | Marilyn Story             exec 08/31/90 | | | | |
| | 182 | Mary Rentie               exec 08/30/90 | | | | |
| | 183 | Marcia thompson           exec 08/28/90 | | | | |
| | 184 | Virginia Toontas          exec 08/28/90 | | | | |
| | 185 | Don Boyer                 exec 08/28/90 | | | | |
| | 186 | LaVon Stevens             exec 08/27/90 | | | | |
| | 187 | Linda Johnson             exec 08/27/90 | | | | |
| | 188 | Jerry Phillips            exec 08/27/90 | | | | |
| | 189 | ted Gilberyt              exec 08/24/90 | | | | |
| | 190 | Linda Johnson             exec 08/22/90 | | | | |
| | 191 | Debra Bennett             exec 08/22/90 | | | | |
| | 192 | Lisa Jones                exec 08/22/90 | | | | |
| | 193 | Ellen Kulick              exec 08/22/90 | | | | |
| | 194 | Richard buratt            exec 08/21/90 | | | | |
| | 195 | Lisa Williams             unexec | | | | |
| | 196 | Gary Stallard             ecex 08/20/90 | | | | |
| | 197 | Lois Paden                exec 08/20/90 | | | | |
| | 198 | Susan Griggs              exec 08/20/90 | | | | |
| | 199 | Matt Gee                  exec 08/20/90 | | | | |
| | 200 | Stan Bragg                exec 08/20/90 | | | | |
| | 201 | B.C. Grives               exec 08/18/90 | | | | |
| | 202 | Melvin Cates              exec 08/16/90 | | | | |
| | 203 | Beckie Meeks              exec 08/15/90 | | | | |
| | 204 | Lanny Gardner             exec 08/14/90 | | | | |
| | 205 | mona Loudon               exec 08/14/90 | | | | |
| | 206 | John Pennington           exec 08/14/90 | | | | |
| | 207 | C.K. Hopkins              exec 08/14/90 | | | | |
| | 208 | Craig Cole                exec 08/13/90 | | | | |
| | 209 | Jerry Priest              exec 08/13/90 | | | | |
| | 210 | Michael Cox               unexec | | | | |
| | 211 | Phil Elyo                 exec 08/13/90 | | | | |
| | 212 | Mike Elliott              exec 08/13/90 | | | | |
| | 213 | Lynn Seibal               exec 08/13/90 | | | | |
| | 214 | Carolyn Hasson            exec 08/13/90 | | | | |
| | 215 | Lisa Wms.                 exec 08/10/90 | | | | |
| | 216 | Claudia Greenwood         exec 08/03/90 | | | | |
| | 217 | Cheryl Yarbrough          exec 08/03/90 | | | | |
| | 218 | Lynda Sullivan            exec 08/03/90 | | | | |
| | 219 | Lynn Hughes               exec 08/03/90 | | | | |
| | 220 | Matt Martin               exec 07/20/90 | | | | |
| 01/08/93 | 221 BOTH DFTS | ORDER: dft is GRANTED LV to file reply by 02/06/93 (RUSSELL)ne | | | | |
| 2/4/93 | 222 LEO | DEFENDANT Leo E. Kingston's Supplement to Mtn and Brief to Reduce Sentence and for Evidentiary Hearing Regarding Such w/s - (fmp) | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1/6/93 | 223 LEO | MOTION AND BRIEF to file reply to Govt's response to dft's mtn and brief to reduce sentence and for evidentiary hearing by dft w/s | | | | |
| 2/8/93 | 224 LEO | MOTION for enlargement of time by dft w/s | | | | |
| 2-11-93 | 225 LEO & PAULETTE | ORDER: for good cause shown, dft Kingston is granted an enlargement of time until 3-15-93 to file his reply & supplemental materials to the govt's resp to dft Kingston's Fed. R. Crim. P. 35 mtn (RUSSELL) -ne | | | | |
| 3/15/93 | 226 LEO | MOTION for enlargement of time by dft w/s | | | | |
| 3/16/93 | 227 LEO | ORDER the Court grants the dft's mtn for enlargement of time giving him 5 days from 3/15/93 in which to respond to the Govt's response to the dft's 35 motion (RUSSELL) | | | | |
| 3/22/93 | 228 LEO | SUPPLEMENT TO MOTION and Brief to reduce sentence and for evidentiary hearing regarding such by dft w/s | | | | |
| 5/18/93 | 229 LEO | ORDER the Court has also reconsidered the sentence of incarceration and is satisfied the sentence is appropriate and therefore denies that portion of the motion. That Dft's Order of restitution be reduced to $100,000.00 and other wise his sentence will remain unchanged. (RUSSELL) | | | | |
| 10/30/95 | 230 LEO | ORDER TO DISBURSE FUNDS: The Clerk of the Court is directed to disburse $71.00 to the DOJ in order that the $71.00 may be forwarded appropriately (RUSSELL) | | | | |
| 6/5/00 | 231 KINGSTON | ORDER all exhs shall be w/drwn fm ofc of Clk not later than 15 days fm date of this order; all exhs not w/drwn in time designated may be destroyed or otherwise disposed of by Clk of Ct (RUSSELL) | | | | |
| 6/9/00 | 232 KINGSTON | PLAINTIFF'S RECEIPT for Exhs (2 White Boxes) | | | | |
| 6/6/00 | 233 KINGSTON | DEFENDANT'S RECEIPT for Exhs #B459(A), B460, 2002, 2002A, 2021-2023(A), 2101, 2103-2107, 2110-2115, 2117, 2122, 2130, 2152, 2153, 2157, 3000, 3003-3005, 3013-3019, 3022, 3023, 1-9, 11, 13 | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days